IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

TAURUS, MODEL 85 PROTECTOR POLY, .38
CALIBER REVOLVER SN: IS25756,

REMINGTON MODEL 7400, 30-06 CALIBER RIFLE,
SN: 8374263,

    *Defendants-in-rem.*

Civ. No. 18-195

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff, United States of America, brings this complaint in accordance with Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

### NATURE OF THE ACTION

1.     This is a civil action to forfeit and condemn to the use and benefit of the United States of America property involved in violations of the 18 U.S.C. § 922(g) that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1).

### DEFENDANT *IN REM*

2.     The defendant *in rem* consists of the following:

    i. Taurus, Model 85 Protector Poly, .38 Caliber Revolver SN: IS25756,
    ii. Remington Model 7400, 30-06 Caliber Rifle, SN: 8374263,
(hereafter referred to as "Defendant Firearm").

3.     The Defendant Firearm was seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives on October 26, 2017, in the District of New Mexico.

4. The Defendant Firearm is now, and during the pendency of this action will be, in the jurisdiction of this Court.

## JURISDICTION AND VENUE

5. The United States District Court for the District of New Mexico has subject matter jurisdiction under 28 U.S.C. §§ 1345, 1355(a) and 1356.

6. Venue for this civil forfeiture action is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, as acts or omissions giving rise to the forfeiture took place in this district and the property is found in this district. Upon the filing of this complaint, the Defendant Firearm will be arrested by execution of a Warrant for Arrest *In Rem* in the District of New Mexico.

## FACTS

7. On October 23 2017, the owner of a gun store reported a firearm stolen in Truth or Consequences, New Mexico. The stolen firearm was a Taurus Model 85 Poly, .38 caliber revolver, serial number IR15641. The owner provided investigators the names of Alphonso and Karla Campbell as possibly being involved in the theft of the firearm. On October 23, 2017, the store owner noted two firearms were shown to the Campbells. Karla purchased a Taurus .38 revolver with serial number IS25756, but the other firearm had been missing since the Campbells left the store.

8. On October 26, 2017, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Agents interviewed Karla at the residence she shares with her husband Alphonso, located at 609 Kopra Street, Truth or Consequences, New Mexico. As part of the conversation into the possible theft, Karla showed the ATF Agents the Taurus revolver SN:IS25756 she had purchased. Karla advised that she and Alphonso had recently shot it at a local shooting range. Karla noted that Alphonso showed her how to shoot the firearm and that he had shot it too.

9. ATF Special Agent Kattah reviewed the criminal history for Alphonso Campbell and discovered that on or about February 10, 1992 Alphonso was arrested for robbery. Alphonso was subsequently convicted and sentenced to 13 months imprisonment.

10. On or about October 26, 2017, Agents executed a federal search warrant at the residence 609 Kopra, Truth or Consequences, New Mexico 87901. ATF seized the Taurus .38 caliber revolver SN: IS25756 and a Remington Model 7400 rifle SN: 8374263. The Taurus .38 caliber revolver was found in the master bedroom closet. The Remington Model 7400 rifle was found in the closet of a room being used as an office.

11. Karla and Alphonso were interviewed after the warrant was executed. Alphonso was 'made aware' that due to the fact that he is a convicted felon, he is prohibited from being in possession of firearms and ammunition. Alphonso advised the 'shotgun' (the Remington rifle) was gifted to him approximately 1.5 to 2 years ago and that the firearm now belonged to him. He confirmed he went to the gun store multiple times with his wife Karla, but denied they had any involvement with the stolen firearm. He indicated that he had provided the cash for the purchase of the revolver.

12. Karla admitted that Alphonso had provided a portion of money to pay for the Taurus .38 caliber revolver. She also indicated that Alphonso had taught her how to shoot the revolver. She denied involvement in any stolen firearm. She also indicated the 'shotgun' belonged to Alphonso.

13. Karla was aware that Alphonso was a convicted felon. Alphonso CAMPBELL was convicted in Fairbanks Alaska, Fourth Judicial District, case number 4FA-78-11, of Burglary Not in a Dwelling, a felony, on or about June 9, 1978.

## FIRST CLAIM FOR RELIEF

14. The United States incorporates by reference the allegations in paragraphs 1 through 13 as though fully set forth.

15. Title 18, United States Code, Section 924(d)(1) subjects to forfeiture "any firearm or ammunition involved in or used in any knowing violation of section 922(g), where such intent is demonstrated by clear and convincing evidence, shall be subject to seizure and forfeiture."

16. Defendant firearms are subject to arrest and forfeiture to plaintiff under 18 U.S.C. § 924(d)(1) because the property was involved in or used in violation of 18 U.S.C. § 922(g).

WHEREFORE: Plaintiff seeks arrest of Defendant Firearm and forfeiture of same to Plaintiff, determination of the validity and priority of claims of the Claimants and any Unknown Claimants to the Defendant Firearm, costs and expenses of seizure and of this proceeding, and other proper relief.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/ Stephen R. Kotz*

STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

## 28 U.S.C. § 1746 DECLARATION

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives who has read the contents of the Complaint for Forfeiture *In Rem* to which this Declaration is attached; and the statements contained in the complaint are true to the best of my knowledge and belief.

I declare under penalty of perjury and the laws of the United States of America that this Declaration is true and correct, except as to matters stated on information and belief, and as to those matters I believe them to be true.

Dated: 2/27/18

Jared Kattah, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
TAURUS, MODEL 85 PROTECTOR POLY, .38 CALIBER REVOLVER, ET.AL.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury – Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 924(d)(1)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 2/28/2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____